## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

Steven B. Brincefield, individually, and on )
behalf of the Morton G. Thalhimer, Inc. )
Employee Stock Ownership Plan, and )
derivatively on behalf of Morton G. )
Thalhimer, Inc. as Trustee of the Steven B. )
Brincefield Revocable Trust; )
    Plaintiff, )
)
v. )    Case No. 3:17cv718-JAG
)
Lance T. Studdard, *et al.*, )
    Defendants, )
)
Morton G. Thalhimer, Inc., )
    Nominal Defendant. )

### ORDER

Plaintiff, Steven B. Brincefield, individually and on behalf of the Morton G. Thalhimer, Inc. Employee Stock Ownership Plan, filed a Motion for Dismissal of Claims against Sheldrick McGehee & Kohler, LLC ("SMK"), pursuant to Fed. R. Civ. P. 41(a)(2).

Given that Plaintiff and SMK have settled the dispute among themselves, have asked the Court to dismiss the claims against SMK with prejudice, and the Court has determined it is proper to do so, the Court hereby dismisses all claims against Sheldrick McGehee & Kohler, LLC with prejudice.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: November 7, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge