# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 8/12/19

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Steven Brincefield<br>v.<br>Lance Studdard | CASE NO: 3:17cv718<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING ( X )   OTHER:

APPEARANCES: Parties by ( X )/with ( ) counsel   Pro Se ( )

Motion Hearing: **Motion to Approve the Settlement**

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

The court finds the settlement to be fair & reasonable and approves the settlement.

**John Craddock, Jr., Michelle Craddock**
Counsel for Plaintiff(s)

**Laura Windsor, Brendan O'Toole, Charles Sims, Chris Nemeth, and Erin Steele**
Counsel for Defendant(s)

| SET: 2:00 | BEGAN: 2:10 | ENDED: 3:11 | TIME IN COURT: 23 |
|---|---|---|---|
| RECESSES: | | | |

Recess: 2:22 - 3:00